# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

———————————————————— )
IN RE YASMIN AND YAZ (DROSPIRENONE))     **3:09-md-02100-DRH-PMF**
MARKETING, SALES PRACTICES AND     )
PRODUCTS LIABILITY LITIGATION     )     **MDL No. 2100**
———————————————————— )

                                             **ORDER**
**This Document Relates to:**                             **VACATING DISMISSAL**

*Jodie and Mike Coston v.*             No. 3:10-cv-12605-DRH-PMF
*Bayer Schering Pharma AG, et al.*

*Judith Bottino v.*                  No. 3:11-cv-11030-DRH-PMF
*Bayer HealthCare Pharmaceuticals, Inc., et al.*

*Kimberly Byrd, et al. v.*            No. 3:11-cv-12890-DRH-PMF
*Bayer HealthCare Pharmaceuticals, Inc., et al.*[1]

*Taylor Kirsten Ham v. Bayer Corp., et al.*     No. 3:11-cv-11177-DRH-PMF

*Katie Chor, et al. v.*               No. 3:11-cv-12891-DRH-PMF
*Bayer HealthCare Pharmaceuticals, Inc., et al.*[2]

*Kristin Lamb, et al. v.*             No. 3:11-cv-12893-DRH-PMF
*Bayer HealthCare Pharmaceuticals, Inc., et al.*[3]


## ORDER

---

[1]   This order applies only to plaintiff Crystal Johnston's motion to vacate (*Byrd*, 3:11-cv-12890 Doc. 7). Additional plaintiffs in this multi-plaintiff action have filed a motion to vacate (*Byrd*, 3:11-cv-12890 Doc. 9). However, the defendants have not yet responded to that motion to vacate.

[2]   This order applies only to plaintiffs Kellie Griener and Kathryn McAtee's motion to vacate (*Chor*, 3:11-cv-12891 Doc. 8). Additional plaintiffs in this multi-plaintiff action have filed a motion to vacate (*Chor*, 3:11-12891 Doc. 10). However, the defendants have not yet responded to that motion to vacate.

[3]   This order applies only to plaintiff Mariella Villegas motion to vacate.

**HERNDON, Chief Judge:**

The specified Plaintiffs in the above captioned matters have filed motions to vacate the Court's orders of dismissal for failure to comply with Plaintiff Fact Sheet Requirements (*Coston*, 3:10-cv-12605 Doc. 9; *Bottino*, 3:11-cv-11030 Doc. 10; *Ham*, 3:11-cv-11177 Doc. 9; *Chor,* 3:11-cv-12891 Doc. 8; *Lamb*, 3:11-cv-12893 Doc. 7). Bayer has filed a notice of non-opposition in each case (*Coston*, 3:10-cv-12605 Doc. 10; *Bottino*, 3:11-cv-11030 Doc. 11 *Ham*, 3:11-cv-11177 Doc. 10; *Lamb*, 3:11-cv-12893 Doc. 11).

Accordingly, the Court hereby **VACATES** the orders dismissing without prejudice plaintiffs' actions in the above titled cases. The Clerk of the Court is directed to **REINSTATE** the plaintiffs' actions. Specifically, the Clerk of the Court shall reinstate the actions of the following plaintiffs:

---

*Jodie and Mike Coston v.*           No. 3:10-cv-12605-DRH-PMF
*Bayer Schering Pharma AG, et al.*

- The Clerk of the Court shall reinstate **Jodie and Mike Coston**

---

*Judith Bottino v.*           No. 3:11-cv-11030-DRH-PMF
*Bayer HealthCare Pharmaceuticals, Inc., et al.*

- The Clerk of the Court shall reinstate **Judith Bottino**

---

*Kimberly Byrd, et al. v.*           No. 3:11-cv-12890-DRH-PMF
*Bayer HealthCare Pharmaceuticals, Inc., et al*
- The Clerk of the Court shall reinstate **Crystal Johnston**

---

*Taylor Kirsten Ham v. Bayer Corp., et al.*      No. 3:11-cv-11177-DRH-PMF
- The Clerk of the Court shall reinstate **Taylor Kirsten Ham**

*Katie Chor, et al. v.*                              No. 3:11-cv-12891-DRH-PMF
*Bayer HealthCare Pharmaceuticals, Inc., et al.*

- The Clerk of the Court shall reinstate **Kellie Griener** and **Kathryn McAtee**

---

*Kristin Lamb, et al. v.*                            No. 3:11-cv-12893-DRH-PMF
*Bayer HealthCare Pharmaceuticals, Inc., et al.*

- The Clerk of the Court shall reinstate **Mariela Villegas**

---

**SO ORDERED:**

Digitally signed by David
R. Herndon
Date: 2012.05.10 12:29:20
-05'00'

**Chief Judge**
**United States District Court**                     Date:  May 10, 2012